UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NCAA Student-Athlete Name Likeness Licensing Litigation _____/ | No. C-11-80300 MISC EMC<br><br>**ORDER OF REFERRAL** |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to *In re NCAA Student-Athlete Name Likeness Licensing Litigation*, 4:09-01967 CW.  The Clerk's Office is hereby directed to remove the minute order filed on December 28, 2011 (Docket #34).

    IT IS SO ORDERED.

Dated:  December 28, 2011

_____
EDWARD M. CHEN
United States District Judge